UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| DON JOHNSON INVESTMENTS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> GREAT LAKES INSURANCE SE, <br><br> Defendant. | No. 6:19-CV-004-H |

## ORDER

The parties have advised the Court that they have settled this case.  *See* Dkt. No. 19.  Accordingly, this case is administratively closed for statistical purposes without prejudice to its being reopened to enter a judgment or order of dismissal or for further proceedings if the settlement is not consummated.

So ordered on July 13, 2020.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE